UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert L. Lancellotti (al2473)
Albert L. Lancellotti, LLC
74 Bruen Street
Newark, NJ 07107
(973)273-9880
Attorney for Debtor

In Re:

GEORGINA PAZ

Case No.:     15-24776

Judge:     RG

Chapter:     13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____ , at _____ .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ , at _____ .

   ☒ Certification of Default filed by    Standing Trustee    ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____ , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

The added complexity of selling property in a foreign jurisdiction (Peru) has prevented the debtor from timely complying with the terms of the confirmed Chapter 13 plan. Debtor seeks an additional 90-days herein in which to sell the property and apply proceeds toward the balance of the Chapter 13 plan. The undersigned is current with both plan and adequate protection payments.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 09/21/17                                         /s/Georgina Paz
                                                        Debtor's Signature

Date: _____        _____
                                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*