Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−24776−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Georgina Paz
   530 N. 5th Street
   Harrison, NJ 07029

Social Security No.:
   xxx−xx−3882

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/17 at 09:00 AM

to consider and act upon the following:

*53* − Certification in Opposition to (related document:51 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/2/2017. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Albert Luis Lancellotti on behalf of Georgina Paz. (Lancellotti, Albert)

Dated: 9/27/17

                      Jeanne Naughton
                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-24776-RG
Georgina Paz                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Sep 27, 2017
                             Form ID: ntchrgbk        Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db             +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2017 22:55:15
                 Orion c/o Recovery Management Systems Corporation,    Ramesh Singh,    25 SE 2nd Avenue,
                 Suite 1120,   Miami, FL  33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
         Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
          bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
          National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
          MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 nj_ecf_notices@buckleymadole.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
          National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
          MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 NJ_ECF_Notices@buckleymadole.com
                                                                                              TOTAL: 5
```