UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    GEORGINA PAZ

Order Filed on November 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-24776 RG

Hearing Date:  11/1/2017

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): GEORGINA PAZ

Case No.: 15-24776

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 11/01/2017 on notice to ALBERT LUIS LANCELLOTTI, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 11/11/2017 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-24776-RG
Georgina Paz                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                Page 1 of 1            Date Rcvd: Nov 07, 2017
                            Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
db             +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
    Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
    Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, Et Al...
     bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
    Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
     National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
     MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 nj_ecf_notices@buckleymadole.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
     National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
     MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 NJ_ECF_Notices@buckleymadole.com
                                                                                                         TOTAL: 5