# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24776−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Georgina Paz
   530 N. 5th Street
   Harrison, NJ 07029

Social Security No.:
   xxx−xx−3882

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 21, 2017.

On 1/12/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                December 6, 2017
Time:                09:00 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 14, 2017
JAN: wdh

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 15-24776-RG
Georgina Paz                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin                Page 1 of 2        Date Rcvd: Nov 14, 2017
                            Form ID: 185               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db             +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,    P. O. Box 9013,    Addison, TX 75001-9013
515665083      +Columbia University Radiologists,    POB 29737,    New York, NY 10087-9737
515665084      +Imaging Consultants of Essex,    POB 371863,    Pittsburgh, PA 15250-7863
515665086      +Nationstar Mortgage,    POB 619063,    Dallas, TX 75261-9063
515665087      +Professional Claims Bureau,    POB 9060,    Hicksville, NY 11802-9060
515780006     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
515665089      +State of NJ,    Dept. of Treasury, Div. of Taxation,    POB 445,    Trenton, NJ 08695-0445
515665090      +Town of Harrison,    318 Harrison Avenue,    Harrison, NJ 07029-1796
515866568      +U.S. Bank National Association,Trustee (See B10),    c/o Nationstar Mortgage, LLC,
                 PO Box 619096,    Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2017 23:31:51
                 Orion c/o Recovery Management Systems Corporation,    Ramesh Singh,    25 SE 2nd Avenue,
                 Suite 1120,    Miami, FL   33131-1605
515665085      +E-mail/Text: cio.bncmail@irs.gov Nov 14 2017 23:34:39       Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
516185306       E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2017 23:32:17       Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515665088      +E-mail/Text: bankruptcy@pseg.com Nov 14 2017 23:34:19      PSE&G,    P O Box 490,
                 Cranford, NJ 07016-0490,    Attn: Bankruptcy Dept.
515665091      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2017 23:35:03       Verizon,    c/o Midland MCM,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515665092*     +Verizon,    c/o Midland MCM,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
515665093     ##+Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 101,    POB 1024,
                 Mountainside, NJ 07092-0024
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: 185               Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

              Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
               MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 nj_ecf_notices@buckleymadole.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
               MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 NJ_ECF_Notices@buckleymadole.com
                                                                                             TOTAL: 5