**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−24776−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Georgina Paz
   530 N. 5th Street
   Harrison, NJ 07029

Social Security No.:
   xxx−xx−3882

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 30, 2018
JAN: rah

                                    Jeanne Naughton
                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 15-24776-RG
Georgina Paz                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2           Date Rcvd: Jul 30, 2018
                              Form ID: 148                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db             +Georgina Paz,    530 N. 5th Street,    Harrison, NJ 07029-1242
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,     P. O. Box 9013,    Addison, TX 75001-9013
cr             +Nationstar Mortgage LLC as servicer for U.S. Bank,     C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515665083      +Columbia University Radiologists,    POB 29737,    New York, NY 10087-9737
515665084      +Imaging Consultants of Essex,    POB 371863,    Pittsburgh, PA 15250-7863
515665086      +Nationstar Mortgage,    POB 619063,    Dallas, TX 75261-9063
515665087      +Professional Claims Bureau,    POB 9060,    Hicksville, NY 11802-9060
515780006     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,     Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515665089      +State of NJ,    Dept. of Treasury, Div. of Taxation,     POB 445,    Trenton, NJ 08695-0445
515665090      +Town of Harrison,    318 Harrison Avenue,    Harrison, NJ 07029-1796
515866568      +U.S. Bank National Association,Trustee (See B10),     c/o Nationstar Mortgage, LLC,
                 PO Box 619096,    Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2018 00:09:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2018 00:09:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: RECOVERYCORP.COM Jul 31 2018 03:43:00
                 Orion c/o Recovery Management Systems Corporation,    Ramesh Singh,    25 SE 2nd Avenue,
                 Suite 1120,    Miami, FL 33131-1605
515665085      +EDI: IRS.COM Jul 31 2018 03:43:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
516185306       EDI: RECOVERYCORP.COM Jul 31 2018 03:43:00      Orion,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
515665088      +E-mail/Text: bankruptcy@pseg.com Jul 31 2018 00:08:45      PSE&G,    P O Box 490,
                 Cranford, NJ 07016-0490,    Attn: Bankruptcy Dept.
515665091      +EDI: VERIZONCOMB.COM Jul 31 2018 03:43:00      Verizon,    c/o Midland MCM,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515665092*     +Verizon,    c/o Midland MCM,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
515665093    ##+Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 101,    POB 1024,
                 Mountainside, NJ 07092-0024
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 30, 2018
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
          Albert Luis Lancellotti    on behalf of Debtor Georgina  Paz albert@lancelawyer.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, Et Al...
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank
           National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
           MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank
           National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
           MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 NJ_ECF_Notices@buckleymadole.com
                                                                                                TOTAL: 5